65,469-11

TO: CLERK OF THE                                                    2/2/2015
CRIMINAL COURT OF APPEALS
P O BOX 12308 CAPITAL STATION
AUSTIN, TEXAS      78711


RE: NEW LAWS TAKING AFFECT 9/2015


        DEAR CLERK,
    PLEASE MAY I BE IMFORMED OF ANY NEW LAWS THAT ARE TAKING AFFECT SEPTEMBER,
2015 ?
        THANK YOU KINDLY FOR ANY AND ALL ASSISTANCE IN THIS MATTER.

                                SINCERLY,

                        _____
                        PAIGE LOUIS BENNER 1278531
                        2101 FM 369 NTH ALLRED
                            IOWA PARK, TEXAS
                            76367-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 0 6 2015

Abel Acosta, Clerk


cc: personal file